# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>Jevan Anderson | )<br>)<br>) Case No: 4:97-CR-34-1FL<br>) USM No: 17374-056 |
| Date of Previous Judgment: May 8, 2008<br>(Use Date of Last Amended Judgment if Applicable) | )<br>) Defendant's Attorney  Mary Jude Darrow |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of the _____court_____ under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and the court having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED   and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __262__ months **is reduced to**  210  months.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 36 | Amended Offense Level: | 34 |
| Criminal History Category: | IV | Criminal History Category: | IV |
| Previous Guideline Range: | 262 to 327 months | Amended Guideline Range: | 210 to 262 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain) :

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated May 8, 2008 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: May 8, 2008

_____
Judge's signature

Effective Date: _____
(if different from order date)

Louise W. Flanagan, Chief U.S. District Judge
Printed name and title