> **Motion DENIED.**
>
> This the 31st day of October, 2016.
>
> /s/Louise W. Flanagan, U.S. District Judge

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF NORTH CAROLINA

FILED
OCT 11 2016
JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES OF AMERICA

V.   CRIMINAL CASE NO: 4:97-CR-34-1FL

JEVAN ANDERSON

### MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

Jevan Anderson pro se requests that this court terminates his term of supervised release pursuant to 18 U.S.C. sec 3583 (e)(1). As will be demonstrated below, Jevan Anderson good performance while on supervised release makes him an excellent candidate for early termination.

The court is aware of the procedural history of this case and I will not waste the Courts time in rehashing the same. I will continue to abide by the decision of this Honorable Court.

Throughout the procedural history of this case, Jevan Anderson has complied with the rule and directives as ordered by this Honorable Court.

Since his release on June 18. 2013, Jevan Anderson has been active with his church and local community.

Jevan Anderson desires to continue the same and remove the restrictions of supervised release so that he can get married and move on with his life in a more effective manner. He will continue to obey all State and Federal Laws.

Jevan Anderson has discussed this matter with his probation office and believes that his probation office would not object to the early termination of his supervised release. The interest of justice would be better served by freeing Jevan Anderson's probation office to supervised others who may require more intensive supervision.

Wherefore Jevan Anderson moves this Honorable Court to terminate his supervised relesase.